RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
**RALPH A. SCHWARTZ, P.C.**
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone No.: (702) 888-5291
Facsimile No.: (702) 888-5292
Email: mail@888law1.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHARON I. MOLINA, individually; MARCUS MOLINA, individually; SHARON I. MOLINA as guardian and natural parent of ANTHONY MOLINA, a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN GONZALEZ OSUNA, an individual; C.R. ENGLAND, INC., a Nevada corporation; C.R. ENGLAND, INC. DBA PREMIER TRUCK DRIVING SCHOOL, a foreign corporation licensed to do business in the State of Indiana; C.R. ENGLAND, INC. d/b/a PREMIER TRUCK DRIVING SCHOOL, a Utah corporation licensed to do business in the State of Utah; C.R. ENGLAND, INC. d/b/a ENGLAND CARRIER SERVICES, a Utah corporation licensed to do business in the State of Utah; C.R. ENGLAND, INC. d/b/a WEST VALLEY HOSTING, a Utah corporation licensed to do business in the State of Utah; C.R. ENGLAND, INC. d/b/a ECS, a Utah corporation licensed to do business in the State of Utah; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-2108-JAD-GWF<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT**<br><br>ECF Nos. 3, 7, 9 |

1

IT IS HEREBY STIPULATED by and between the respective parties herein that Plaintiffs be permitted to amend their Complaint to reflect removal of Plaintiff, MARCUS MOLINA.

IT IS FURTHER STIPULATED by and between the respective parties herein that the Eleventh Claim for Relief (Loss of Consortium) claim of Plaintiff, MARCUS MOLINA, shall be dismissed.

IT IS FURTHER STIPULATED by and between the respective parties herein that Plaintiffs be permitted to amend their Complaint to properly reflect the corporate entity, C.R. ENGLAND, INC., a Utah corporation, as the proper Defendant in the above entitled matter. A copy of the proposed Second Amended Complaint is attached hereto as Exhibit "1".

IT IS FURTHER STIPULATED by and between the respective parties that Defendants JOHN GONZALEZ OSUNA and C.R. ENGLAND, INC.'S Motion to Dismiss Causes of Action 2 and 10 [ECF No. 3] is withdrawn as moot and the December 11, 2018 hearing can be vacated.

| | |
|---|---|
| DATED: November 16, 2018 | DATED: November 16, 2018 |
| **RALPH A. SCHWARTZ, P.C.** | **WILSON ELSER MOSKOWITZ** <br> EDELMAN & DICKER LLP |
| /s/ Ralph A. Schwartz, Esq. <br> RALPH A. SCHWARTZ, ESQ. <br> Nevada Bar No. 5488 <br> 400 South Seventh Street, Suite 100 <br> Las Vegas, Nevada 89101 <br> Attorneys for Plaintiff | /s/ Douglas M. Rowan, Esq. <br> MICHAEL P. LOWRY, ESQ. <br> Nevada Bar No. 10666 <br> DOUGLAS M. ROWAN, ESQ. <br> Nevada Bar No. 4736 <br> 300 South Fourth Street, 11th Floor <br> Las Vegas, Nevada 89101 <br> Attorneys for Defendants |

///

///

///

# ORDER

Based on the parties' stipulation **[ECF No. 9]**, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS BY Plaintiff Marcus Molina are DISMISSED.**

IT IS FURTHER ORDERED that plaintiff has 10 days to file the amended complaint in the form submitted at ECF No. 9-1, and the Motion to Dismiss the original complaint (which will be mooted by the filing of the amended complaint) **[ECF No. 3] is DEEMED WITHDRAWN**, and the stipulation to extend time to respond to it **[ECF No. 7] is DENIED** as moot.

**The December 11, 2018, hearing** on that now-withdrawn motion to dismiss **is VACATED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 18, 2018