MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
DOUGLAS M. ROWAN, ESQ.
Nevada Bar No. 4736
E-mail: Douglas.Rowan@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: (702) 727-1400/Fax: (702) 727-1401
Attorneys for John Gonzalez Osuna and C.R. England, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON I. SANCHEZ-LOPEZ, individually;<br><br>Plaintiff,<br><br>vs.<br><br>JOHN GONZALEZ OSUNA, an individual; C.R. ENGLAND, INC., a Utah corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-2108-JAD-EJY<br><br>**Stipulation and Order to Dismiss Claims for Relief of Negligent Entrustment and Negligent and Reckless Hiring, Training, Supervision, and Retention**<br><br>ECF Nos. 25, 26 |

**IT IS HEREBY STIPULATED** by and between the respective parties herein that the Second Claim for Relief of Negligent Entrustment and the Third Claim for Relief of Negligent and Reckless Hiring, Training, Supervision, and Retention in Plaintiff's Second Amended Complaint [**ECF No. 11**] be dismissed without prejudice, the parties to each bear their own fees and costs;

**IT IS FURTHER STIPULATED** by and between the respective parties herein that C.R. England, Inc.'s Motion for Partial Summary Judgment [**ECF No. 25**] is withdrawn as moot.

///

///

///

///

///

-1-

1518893v.1

**IT IS FURTHER STIPULATED** by and between the respective parties herein that the parties will submit the Joint Pre-Trial Order within thirty days of the entry of the order of this stipulation.

| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | RALPH A. SCHWARTZ, P.C. |
|---|---|
| */s/ Douglas M. Rowan*<br>MICHAEL P. LOWRY, ESQ<br>Nevada Bar No. 10666<br>DOUGLAS M. ROWAN, ESQ.<br>Nevada Bar No. 4736<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101-6014<br>(702) 727-1400/Fax: (702) 727-1401<br>Attorneys for John Gonzalez Osuna and C.R. England, Inc. | */s/ Ralph A. Schwartz, Esq.*<br>RALPH A. SCHWARTZ, ESQ.<br>Nevada Bar No. 5488<br>400 South Seventh Street, Suite 100<br>Las Vegas, Nevada 89101<br>(702) 888-5291/Fax: (702) 880-5292<br>Attorneys for Sharon I. Sanchez-Lopez |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 9-30-19

1518893v.1