MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
DOUGLAS M. ROWAN, ESQ.
Nevada Bar No. 4736
E-mail: Douglas.Rowan@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: (702) 727-1400/Fax: (702) 727-1401
Attorneys for John Gonzalez Osuna and C.R. England, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHARON I. SANCHEZ-LOPEZ, individually; <br><br> Plaintiff, <br><br> vs. <br><br> JOHN GONZALEZ OSUNA, an individual; C.R. ENGLAND, INC., a Utah corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:18-cv-2108-JAD-EJY <br><br> **Joint Request to Extend Deadline to Submit Joint Pretrial Order (First Request)** |

The above-named parties jointly request that the deadline to submit the Joint Pretrial Order be extended one week. The following good cause exists for this request: the parties have prepared a draft of the Joint Pretrial Order and have been working to finalize it. However, the parties cannot meet the current deadline as Plaintiff's counsel is out of the jurisdiction and his paralegal has had to respond to a family emergency out-of-state. The parties request that the deadline to submit the Joint Pretrial Order be extended from October 30, 2019 to November 6, 2019.

///

///

///

///

///

-1-

1534487v.1

| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | RALPH A. SCHWARTZ, P.C. |
|---|---|
| */s/ Douglas M. Rowan*_____<br>MICHAEL P. LOWRY, ESQ<br>Nevada Bar No. 10666<br>DOUGLAS M. ROWAN, ESQ.<br>Nevada Bar No. 4736<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101-6014<br>(702) 727-1400/Fax: (702) 727-1401<br>Attorneys for John Gonzalez Osuna and C.R. England, Inc. | */s/ Ralph A. Schwartz, Esq.* _____ _____<br>RALPH A. SCHWARTZ, ESQ.<br>Nevada Bar No. 5488<br>400 South Seventh Street, Suite 100<br>Las Vegas, Nevada 89101<br>(702) 888-5291/Fax: (702) 880-5292<br>Attorneys for Sharon I. Sanchez-Lopez |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT

JUDGE DATED: November 1, 2019